FILED
United States Court of Appeals
Tenth Circuit

UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

August 5, 2022

Christopher M. Wolpert
Clerk of Court

---

DOUGLAS WINTER,

    Plaintiff - Appellant,

v.

PATRICK MANSFIELD, et al.,

    Defendants - Appellees.

No. 21-3171
(D.C. No. 5:19-CV-03236-HLT-TJJ)
(D. Kan.)

---

**ORDER**

---

This matter is before the court sua sponte to correct a clerical error. The court notes that Plaintiff Douglas Winter's response to the Defendants' motion for summary judgment was filed publicly below. *See* Doc. No. 53. Only the original Exhibit E to the response was filed under seal. Yet the response and all its supporting exhibits were transmitted to this court under seal. To correct this error, the clerk will file Plaintiff's response to Defendants' motion for summary judgment, and its supporting, public, exhibits in a public volume of the record on appeal.

                              Entered for the Court
                              CHRISTOPHER M. WOLPERT, Clerk

                              by: Jane K. Castro
                                   Chief Deputy Clerk